*Jonathan J. Einhorn,* in support of the petition.

*S. Dave Vatti,* in opposition.

Decided September 18, 1996

JOHN DOE *v.* STATEWIDE GRIEVANCE COMMITTEE

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 671 (AC 14174), is granted, limited to the following issue:

"Did the Appellate Court properly conclude the failure of the statewide grievance committee to comply with the timing requirements of General Statutes § 51-90g (g) and Practice Book § 27J (i) deprives the court of subject matter jurisdiction over a complaint for attorney misconduct?"

The Supreme Court docket number is SC 15533.

*Darlene F. Reynolds* and *Elizabeth F. Collins,* in support of the petition.

*James A. Wade, Craig A. Raabe* and *Dina S. Fisher,* in opposition.

Decided September 18, 1996

DEWITT LEWIS ET AL. *v.* MICHAEL MATTEO ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 41 Conn. App. 684 (AC 14029), is denied.

*Margaret J. Slez,* in support of the petition.

Decided September 18, 1996